UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JOHN TAYLOR, BH7332,<br><br>Plaintiff. | Case No. 19-cv-02250-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

On April 25, 2019, the clerk filed as a new prisoner action a letter from plaintiff complaining of the conditions of confinement at Deuel Vocational Institution (DVI) in Tracy, California. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice and the clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: June 14, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. 3:19-cv-02250-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 14, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Taylor
Deuel Vocational Institution
23500 Kasson Road
Tracy, CA 95304

Dated: June 14, 2019

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By:_____
                                              Lashanda Scott, Deputy Clerk to the
                                              Honorable CHARLES R. BREYER